

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00348-CR

———————————————

TERANCE M. TURNTINE, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1440589W

Before Meier, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Terance M. Turntine attempts to appeal a judgment adjudicating him guilty of aggravated assault with a deadly weapon. In exchange for a punishment of three years, Turntine pleaded true to the State's probation-violation allegations and waived his right to appeal. By letter dated September 20, 2018, we notified Turntine that he had waived his right to appeal and informed him that we would dismiss this appeal unless he or any party desiring to continue the appeal filed a response by October 1, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. We have received no response. Therefore, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 18, 2018